ATTACHMENT #5

AO 240 (Rev. 1/94)

# United States District Court

_____ DISTRICT OF _____

WILLIAM RODRIGUEZ

　　　Plaintiff

　　　V.

　　　Defendant
COMMONWEALTH OF MASSACHUSETTS et al
AND MARK G. MASTROIANNI, ATTORNEY

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-40055-NMG

FILED
IN CLERKS OFFICE
2004 APR 20 A 10:51
U.S. DISTRICT COURT

I, WILLIAM RODRIGUEZ _____ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant　　☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:　☐ Yes　☐ No　(If "No" go to Part 2)

   If "Yes" state the place of your incarceration __N.C.C.I. GARDNER__

   Are you employed at the institution? __NO__　Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?　☐ Yes　☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   8 months ago in level 3 mimimum
   15 per week, worked for 3 month only.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment　　Yes ☐　No ☑
   b. Rent payments, interest or dividends　　　　　　　Yes ☐　No ☑
   c. Pensions, annuities or life insurance payments　　Yes ☐　No ☑
   d. Disability or workers compensation payments　　　Yes ☐　No ☑
   e. Gifts or inheritances　　　　　　　　　　　　　　Yes ☑　No ☐
   f. Any other sources　　　　　　　　　　　　　　　　Yes ☐　No ☑

   "Gift from Family
   $50.00 per month."

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☑ Yes  ☐ No

   If "yes" state the total amount. $110.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☑ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Incarcerated

I declare under penalty of perjury that the above information is true and correct.

4/14/04
DATE

X William Rodriguez
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 182.12 on account to his/her credit at (name of institution) NCCI Gardner. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ 683.81.

A ledger sheet showing the past six months' transactions:

☑ is attached    ☐ is not available at this institution

4/14/04
DATE

SIGNATURE OF AUTHORIZED OFFICER

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040414 08:26

| | | | | | | Page : | 1 |

| Commit# : | W69729 | | | NCCI GARDNER | | | |
|---|---|---|---|---|---|---|---|
| Name : | RODRIGUEZ, WILLIAM, , JR | | | Statement From | 20031101 | | |
| Inst : | NCCI GARDNER | | | To | 20040414 | | |
| Block : | 1 BUILDING EAST | | | | | | |
| Cell/Bed : | 39 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $2,021.64 | $2,018.64 | $262.16 | $139.85 |
| 20031107 16:28 | IS - Interest | 1933070 | | GAR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20031107 16:28 | IS - Interest | 1933071 | | GAR | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20031110 15:16 | ML - Mail | 1942824 | | GAR | ~ROMAN, IRMA, , | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031112 22:30 | CN - Canteen | 1951273 | | GAR | ~Canteen Date : 20031112 | $0.00 | $43.63 | $0.00 | $0.00 |
| 20031118 22:30 | CN - Canteen | 1975452 | | GAR | ~Canteen Date : 20031118 | $0.00 | $17.12 | $0.00 | $0.00 |
| 20031121 10:26 | ML - Mail | 1996242 | | GAR | ~RODRIGUEZ, IRMA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20031121 14:36 | IC - Transfer from Inmate to Club A/c | 1997196 | | GAR | ~Photo purchase~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031124 22:30 | CN - Canteen | 2001215 | | GAR | ~Canteen Date : 20031124 | $0.00 | $37.65 | $0.00 | $0.00 |
| 20031125 10:17 | ML - Mail | 2004523 | | GAR | ~RODRIGUEZ, WILLIAM, , SR | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031128 12:06 | IC - Transfer from Inmate to Club A/c | 2024527 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031128 15:20 | IC - Transfer from Inmate to Club A/c | 2024927 | | GAR | ~11/13/03 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20031128 15:20 | AT - Account Transfer | 2024924 | | GAR | ~11/13/03 Medical Co-Pay Fee~W69729 RODRIGUEZ,WILLIAM JR PERSONAL | $6.00 | $0.00 | $0.00 | $6.00 |
| 20031128 15:29 | IC - Transfer from Inmate to Club A/c | 2024944 | | GAR | ~11/19/03 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031128 15:29 | AT - Account Transfer | 2024943 | | GAR | ~11/19/03 Medical Co-Pay Fee~W69729 RODRIGUEZ,WILLIAM JR PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20031203 22:31 | CN - Canteen | 2038141 | | GAR | ~Canteen Date : 20031203 | $0.00 | $46.46 | $0.00 | $0.00 |
| 20031209 13:42 | IS - Interest | 2069141 | | GAR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20031209 13:42 | IS - Interest | 2069142 | | GAR | | $0.00 | $0.00 | $0.15 | $0.00 |
| 20031212 11:23 | IC - Transfer from Inmate to Club A/c | 2096752 | | GAR | ~12/3/03 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031212 11:23 | AT - Account Transfer | 2096751 | | GAR | ~12/3/03 Medical Co-Pay Fee~W69729 RODRIGUEZ,WILLIAM JR PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20031223 11:14 | ML - Mail | 2141885 | | GAR | ~CARDONA, MARIA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031223 11:44 | ML - Mail | 2142020 | | GAR | ~UNKNOWN SENDER | $99.00 | $0.00 | $0.00 | $0.00 |
| 20031223 22:30 | CN - Canteen | 2145578 | | GAR | ~Canteen Date : 20031223 | $0.00 | $1.88 | $0.00 | $0.00 |
| 20031229 15:27 | EX - External Disbursement | 2166047 | 32836 | GAR | ~Yomaira Amaro | $0.00 | $50.00 | $0.00 | $0.00 |
| 20031231 22:30 | CN - Canteen | 2176801 | | GAR | ~Canteen Date : 20031231 | $0.00 | $19.77 | $0.00 | $0.00 |
| 20040105 13:48 | ML - Mail | 2193398 | | GAR | ~ROMAN, IRMA, , | $70.00 | $0.00 | $0.00 | $0.00 |
| 20040107 14:35 | CI - Transfer from Club to Inmate A/c | 2202873 | | GAR | ~12/22/03 Canteen Refund~W69729 RODRIGUEZ,WILLIAM JR | $1.88 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040414 08:26

| Commit# : | W69729 | | | NCCI GARDNER | | Page : 2 |
|---|---|---|---|---|---|---|
| Name : | RODRIGUEZ, WILLIAM, , JR | | Statement From | 20031101 | | |
| Inst : | NCCI GARDNER | | To | 20040414 | | |
| Block : | I BUILDING EAST | | | | | |
| Cell/Bed : | 39 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040109 14:10 | CI - Transfer from Club to Inmate A/c | 2219870 | | GAR | PERSONAL~KCN WASH ACCOUNT - Z5 ~12/30/03 Canteen Refund~W69729 RODRIGUEZ,WILLIAM JR PERSONAL~KCN WASH ACCOUNT - Z5 | $19.77 | $0.00 | $0.00 | $0.00 |
| 20040113 10:08 | EX - External Disbursement | 2227168 | 33038 | GAR | ~ELIGIA THILLET | $0.00 | $12.00 | $0.00 | $0.00 |
| 20040113 12:07 | IS - Interest | 2236458 | | GAR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040113 12:07 | IS - Interest | 2236459 | | GAR | | $0.00 | $0.00 | $0.15 | $0.00 |
| 20040114 22:30 | CN - Canteen | 2249526 | | GAR | ~Canteen Date : 20040114 | $0.00 | $47.86 | $0.00 | $0.00 |
| 20040120 14:29 | IC - Transfer from Inmate to Club A/c | 2271300 | | GAR | ~HAIR CUT 1/16/04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040120 14:29 | AT - Account Transfer | 2271299 | | GAR | ~HAIR CUT 1/16/04~W69729 RODRIGUEZ,WILLIAM JR PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040120 22:30 | CN - Canteen | 2273731 | | GAR | ~Canteen Date : 20040120 | $0.00 | $29.91 | $0.00 | $0.00 |
| 20040122 13:47 | IC - Transfer from Inmate to Club A/c | 2287102 | | GAR | ~MAIL ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040126 13:10 | ML - Mail | 2295403 | | GAR | ~CARDONA, JUSTY, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040127 22:30 | CN - Canteen | 2301287 | | GAR | ~Canteen Date : 20040127 | $0.00 | $49.96 | $0.00 | $0.00 |
| 20040130 11:56 | IC - Transfer from Inmate to Club A/c | 2320063 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040210 10:41 | ML - Mail | 2357072 | | GAR | ~ZRMA ROMAIN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:42 | IS - Interest | 2365915 | | GAR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040210 11:42 | IS - Interest | 2365916 | | GAR | | $0.00 | $0.00 | $0.14 | $0.00 |
| 20040211 22:30 | CN - Canteen | 2378818 | | GAR | ~Canteen Date : 20040211 | $0.00 | $29.61 | $0.00 | $0.00 |
| 20040217 22:30 | CN - Canteen | 2400645 | | GAR | ~Canteen Date : 20040217 | $0.00 | $32.25 | $0.00 | $0.00 |
| 20040224 10:43 | ML - Mail | 2428648 | | GAR | ~IRMA ROMAN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20040225 22:30 | CN - Canteen | 2435516 | | GAR | ~Canteen Date : 20040225 | $0.00 | $0.68 | $0.00 | $0.00 |
| 20040227 13:56 | IC - Transfer from Inmate to Club A/c | 2450227 | | GAR | ~Photo Purchase~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040303 22:30 | CN - Canteen | 2465202 | | GAR | ~Canteen Date : 20040303 | $0.00 | $49.48 | $0.00 | $0.00 |
| 20040305 10:05 | IC - Transfer from Inmate to Club A/c | 2479458 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040308 12:39 | ML - Mail | 2483315 | | GAR | ~IRMA ROMAN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2497197 | | GAR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2497198 | | GAR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20040310 22:30 | CN - Canteen | 2510571 | | GAR | ~Canteen Date : 20040310 | $0.00 | $44.41 | $0.00 | $0.00 |
| 20040312 11:10 | IC - Transfer from Inmate to Club A/c | 2525339 | | GAR | ~Photo Purchase~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $3.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040414 08:26

Page : 3

| Commit# : | W69729 | | | | NCCI GARDNER | | | | |
| Name : | RODRIGUEZ, WILLIAM, , JR | | | | Statement From | 20031101 | | | |
| Inst : | NCCI GARDNER | | | | To | 20040414 | | | |
| Block : | I BUILDING EAST | | | | | | | | |
| Cell/Bed : | 39 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040319 11:06 | IC - Transfer from Inmate to Club A/c | 2554293 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040330 14:01 | ML - Mail | 2591016 | | GAR | ~ACEVEDO, LOUIS, , | $99.00 | $0.00 | $0.00 | $0.00 |
| 20040402 09:32 | IC - Transfer from Inmate to Club A/c | 2610954 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040406 10:33 | ML - Mail | 2619829 | | GAR | ~ROMAN, IRMA, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040407 22:30 | CN - Canteen | 2627734 | | GAR | ~Canteen Date : 20040407 | $0.00 | $47.38 | $0.00 | $0.00 |
| 20040409 12:30 | IC - Transfer from Inmate to Club A/c | 2641498 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2657652 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2657653 | | GAR | | $0.00 | $0.00 | $0.14 | $0.00 |
| | | | | | | $683.41 | $613.97 | $0.87 | $13.50 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $72.44 | $109.68 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $72.44 | $109.68 | $0.00 | $0.00 | $0.00 | $0.00 |