FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT

FOR THE 2004 APR 20 A 10: 46

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM RODRIGUEZ, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION |
| ) | |
| COMMONWEALTH OF MASSACHUSETTS; ) | COMPLAINT NO. |
| HAMPDEN COUNTY DISTRICT ATTORNEY ) | |
| OFFICE: MASSACHUSETTS STATE POLICE; ) | 04-40055-NMG |
| HOLYOKE POLICE DEPARTMENT: AND ) | |
| ATTORNEY MARK G. MASTROIANNI ESQ. ) | |
| ) | |
| Defendant's ) | |

COMPLAINT

I. **JURISDICTION**:

The jurisdiction of this Honorable Court is envoked pursuant to 42 U.S.C.A. §1983.

II. **PARTIES**:

The Plaintiff, William Rodriguez, is and was at times relevant hereto this Civil Action Complaint falsely accused of murdering Edwin Vasquez. The Plaintiff, after a trial by jury was acquitted, and is seeking damages.

The Defendant, Commonwealth of Massachusetts, is and was at all times relevant hereto this Civil Action Complaint the state in which falsely prosecuted the Plaintiff for the death of Edwin Vasquez, and as such it is being sued in it's official capacity.

The Defendant Hampden County District Attorney's Office is and was at all times relevant hereto this Civil Action Complaint, responsible for the false arrest and prosecution of the Plaintiff, and as such it is being sued in it's official capacity.

The Defendant Massachusetts State Police, is and was at all times relevant hereto this Civil Action Complaint, one of the police agencies responsible for threatening witness and falsifying evidence for the purpose of prosecuting the Plaintiff for the murder of Edwin Vasquez, and as such it is being sued in it's official capacity. [1]

The Defendant, the Holyoke Police Department, is and was at all times relevant hereto this Civil Action Complaint, one of the police agencies responsible for threatening witnesses and falsifying evidence for the purpose of prosecuting the Plaintiff for the murder of Edwin Vasquez, and as such it is being sued in it's official capacity.

The Defendant, Mark G. Mastroianni, is and was at all time relevant hereto this Civil Action Complaint, hired by the Plaintiff for the purpose of representing the Plaintiff on the murder charge. After the Plaintiff was acquitted he asked Attorney Mastroianni, to file this Civil Action Complaint, and was told by him that

---

[1] The names of the Holyoke and State Police Officers responsible for threatening the witnesses and falsifying reports in this case will be added at a later date.

-2-

he could not file a Civil Action. Last but not least on several occasions the Plaintiff has requested his file, however, Attorney Mastroianni, has failed to turn over the file. Therefore, he is being sued in both his individual and Official Capacities.

III. FACTS:

1. On or about 9/21/95, one Ricardo Robles, was arrested by the Holyoke Police Department for the murder of Edwin Vasquez. See Exhibit "A." attached hereto for reference.

2. The Hampden County District Attorney's Office subsequently Nolle Prosequi, the complaint against Ricardo Robles, See exhibit "B" attached hereto for reference.

3. On or about January 16, 1999, the Plaintiff was falsely arrested by members of the both the State Police and Holyoke Police, for the murder of Edwin Vasquez, See exhibit "C" attached hereto for reference.

4. On March 18, 1999, the Plaintiff was indicted by a Hampden County Grand Jury for the murder of Edwin Vasquez, Indictment #99-521, See Exhibit "D." attached hereto for reference.

5. On October 8, 1999, the Plaintiff's Investigator Desmond R. Callahan, interviewed Angelica Segarra, who stated the police had falsified a statement that she gave to Officer Soto on 11-11-98. See Exhibit "E" attached hereto for reference.

6. The Police during an interview of Luis Alvardo, about the murder of Omar Torres, which happened in 1998. He told the police that the Plaintiff was not worried about the murder in 1998, but he was worried about the Vasquez murder in 1995.

7. This is how the Plaintiff became a suspect in the murder of Edwin Vasquez.

8. In fact, the Police was interviewing Luis Alvardo about the alleged drugs and gun ring operating out of Holyoke, which his brother Manuel Alvardo, was involved in and to get the heat off of his brother, he fed the Police the lie about the Plaintiff being worried about Mr. Vasquez's murder.

9. The mother of murder victim Omar Torres, who the Police was investigating the Plaintiff for, testified for the Plaintiff in the 1995, murder of Edwin Vasquez, " that the Plaintiff could not have been involved because at the time of the murder I was in her house attending to her needs because she's blind. "

10. But when the police found out that she was going to be testifying for the Plaintiff, they tried to turn her against him by telling her they had a video tape of me in the hospital trying to un-plug the machine which was keeping him alive. They also told her that they had a phone conversation of me saying "Fuck that dude" (meaning her son, who they claimed Plaintiff murdered).

-4-

11. After a trial by jury, the Plaintiff was acquitted of the murder of Edwin Vasquez.

12. Instead of releasing me as ordered by the trial Judge, the Defendant's State Police Officers immediately took me to their station and booked me for "Intimidating a witness," and placed me on $5,000.000.00 dollars bail preventing my release.

13. The Plaintiff was forced to plead guilty and received a five year sentence.[2]

14. The Plaintiff has written to Attorney Mark G. Mastroianni, on several occasions requesting a copy of his case files and he has deliberately failed to respond, and as a matter of fact, he told the Plaintiff that he had no standing to sue which was false.

IV. CLAIMS IN SUPPORT OF COMPLAINT:

I.

THE DEFENDANT'S COMMONWEALTH OF MASSACHUSETTS, HAMPDEN COUNTY DISTRICT ATTORNEY'S OFFICE AND HOLYOKE POLICE DEPARTMENT CON-

---

[2]

After the Plaintiff was acquitted for the murder of Edwin Vasquez, and charged for intimidating witnesses, Attorney Mastroianni refused to represent him unless he gave him an additional ten thousand dollars.

-5-

SPIRED WITH KNOWN FELONS TO ARREST TRY AND CONVICT PLAINTIFF FOR A MURDER THAT THEY KNOW HE DID NOT COMMIT, IN VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS.

II.

THE DEFENDANT'S MASS STATE POLICE, HOLYOKE POLICE DEPARTMENT AND HAMPDEN COUNTY DISTRICT ATTORNEY'S OFFICE INTIMIDATED WITNESSES AND FALSIFIED WITNESS STATEMENTS FOR THE PURPOSE OF CONVICTING THE PLAINTIFF FOR FIRST DEGREE MURDER.

III.

THE DEFENDANT ATTORNEY MARK G. MASTROIANNI HAS FAILED TO TURN OVER TO THE PLAINTIFF HIS CASE FILES WHICH IS HIS PROPERTY AND IN DOING SO HE HAS DEPRIVED THE PLAINTIFF ACCESS TO THE COURT.

IV.

THE DEFENDANT ATTORNEY MARK G. MASTROIANNI'S REFUSAL TO REPRESENT THE PLAINTIFF ON HIS ALLEGED INTIMIDATING OF A WITNESS CHARGE FORCED THE PLAINTIFF TO PLEAD GUILTY AND ACCEPT A FIVE YEAR SENTENCE, WHICH IS BEHAVIOR OF COUNSEL THAT CONSTITUTES ATTORNEY MALPRACTICE.

V. DAMAGES PRAYED FOR:

1. The Plaintiff respectfully request actual damages in the amount of $1,000.000.00 from the Defendant's Commonwealth of Massachusetts, Hampden County District Attorney's Office, Mass. State Police, and The Holyoke, Police Department.

-6-

2. The Plaintiff request Punitive damages against the Defendant's Commonwealth of Massachusetts, Hampden County District Attorney's Office; Massachusetts State Police and the Holyoke, Police Department in the amount of $500.000.00, jointly.

3. The Plaintiff request actual damages in the amount of $150,000.00 against Attorney Mark G. Mastroianni.

4. The Plaintiff request punitive damages in the amount of $25,000.00 against the Defendant Attorney Mastroianni.

5. The Plaintiff request his cost for filing this complaint including filing fees, Attorney Fees, etc. etc.

Respectfully submitted:

*William Rodriguez*
William Ridriguez, Jr. pro-se
P.O. Box #466
Gardner, Massachusetts.
01440

Dated: 4/14/____, 2004.

-7-

(2)

to Tony Anastas, Clerk at 595 Main Street, Worcester Mass. 01608, all was sent by first class mail postage prepaid on this __14__ day of April 2004, SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:
Article No, # 7001-0320-0004-4159-3680:

PRO-SE

RESPECTFULLY SUBMITTED
*William Rodriguez*
MR. WILLIAM RODRIGUEZ
N.C.C.I. GARDNER
P.O. BOX 466
500 COLONY RD.
GARDNER MASS. 01440

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.
                                                                   DISTRICT COURT
                                                                   HOLYOKE DIVISION
                                                                   DEPARTMENT OF
                                                                   TRIAL COURT
                                                                   NO. 9517CR30

COMMONWEALTH

v.

Ricardo Robles

NOLLE PROSEQUI

Now comes the Commonwealth in the above-entitled matter and enters a nolle prosequi for the reason _Primary witnesses have recanted their original testimony and another witness identified another individual as the shooter of the victim._

                                                                   THE COMMONWEALTH
                                                                     by, _Howard Safford_
                                                                     Assistant District Attorney

                                                                            0014

| CRIMINAL COMPLAINT | DOCKET NUMBER 9517 CR 3022 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| COURT DIVISION: Holyoke | NAME, ADDRESS AND ZIP CODE OF DEFENDANT: Ricardo Robles, 235 Elm St., #2 fl., Holyoke, Mass. 01040 | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that the date and at the location stated herein the defendant did commit the offense(s) listed below. |
| SS# 581 47 2433 | | |
| DEF DOB AND SEX: 8/10/74 | OFFENSE CODE(S): 601 | |
| DATE OF OFFENSE: 9/17/95 | PLACE OF OFFENSE: Holyoke | |
| COMPLAINANT: Jeanne King | POLICE DEPARTMENT: Holyoke | |
| DATE OF COMPLAINT: 9/21/95 | RETURN DATE AND TIME: ARREST WARRANT | |

COUNT-OFFENSE
A. MURDER C265 S1

did assault and beat Edwin Vasquez, with intent to murder said person, and by such assault and beating did kill and murder said person, in violation of G.L. c.265, s.1.

COUNT OFFENSE

COUNT OFFENSE

COUNT OFFENSE

0 0 1 2

COMPLAINANT: Jeanne King

SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK: Fred Baras  ON (DATE): 9/21/95

FIRST JUSTICE: William B. McDonough

COURT ADDRESS: 20 Court Plaza

☐ ADDITIONAL COUNTS ATTACHED

## DOCKET

| | | |
|---|---|---|
| **COURT DIVISION**<br>Holyoke | **DOCKET NUMBER**<br>9517 CR 3022 | **ATTY NAME**<br>☐ Waived<br>☐ Retained<br>☐ Assigned    Thomas McGuire |
| | **NAME, ADDRESS AND ZIP CODE OF DEFENDANT**<br>Ricardo Robles<br>235 Elm St., #2 fl.<br>Holyoke, Mass. 01040 | **TERMS OF RELEASE**<br>Eli Right to Bail / 100,000 C |

SS# 511 47 2433

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 3/10/74 | 601 |
| **DATE OF OFFENSE**<br>9/17/95 | **PLACE OF OFFENSE**<br>Holyoke |
| **COMPLAINANT**<br>Jeanne King | **POLICE DEPARTMENT (if applicable)**<br>Holyoke |
| **DATE OF COMPLAINT**<br>9/21/95 | **RETURN DATE AND TIME**<br>ARREST WARRANT |

| DATE | PROCEEDING |
|---|---|
| 9-22-95 | ☒ Arraigned before J. WBM<br>☒ Advised of right to counsel<br>☐ Advised of right to drug exam<br>☐ Advised of right to bail review<br>☐ Advised of right to F.I. Jury Trial<br>    ☐ Waives    ☐ Requests F.I. Jury Trial<br>☐ Advised of alien rights<br>☐ Warrant issued    ☐ Default warrant issued<br>☐ Default removed    ☐ Warrant recalled<br>☐ Warrant issued    ☐ Default warrant issued<br>☐ Default removed    ☐ Warrant recalled |

**COUNT-OFFENSE**
A. MURDER C265 S1

| DATE | PLEA | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 9-22-95 | ☒ Not Guilty   ☐ Guilty   ☐ Nolo | | | | | |
| | ☐ New Plea:    ☐ Admits suff. facts | | **IMPRISONMENT AND OTHER DISPOSITION:** | | | |
| | FINDING | JUDGE | **NOLLE PROSEQUI** | | | |

☐ Cont. w/o finding until:
☐ Appeal of find. & disp.    Appeal of disp.

FINAL DISPOSITION    DATE
Discharged from probation
Dismissed at request of probation

**COUNT-OFFENSE**

| DATE | PLEA | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| | ☐ Not Guilty ☐ Guilty ☐ Nolo | | | | |
| | ☐ New Plea: ☐ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING    JUDGE | | | | |

Cont. w/o finding until:
Appeal of find. & disp.    Appeal of disp.

FINAL DISPOSITION    DATE
Discharged from probation
Dismissed at request of probation

**COUNT OFFENSE**

| DATE | PLEA | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| | ☐ Not Guilty ☐ Guilty ☐ Nolo | | | | |
| | ☐ New Plea: ☐ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING    JUDGE | | | | |

Cont. w/o finding until:
Appeal of find. & disp.    Appeal of disp.

FINAL DISPOSITION    DATE
Discharged from probation
Dismissed at request of probation

**COUNT OFFENSE**

| DATE | PLEA | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| | ☐ Not Guilty ☐ Guilty ☐ Nolo | | | | |
| | ☐ New Plea ☐ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING    JUDGE |            0 0 1 5 | | | |

Cont. w/o finding until:
Appeal of find. & disp.    Appeal of disp.

FINAL DISPOSITION    DATE
Discharged from probation
Dismissed at request of probation

| CONT TO | PURPOSE | CONT TO | PURPOSE | DATE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|
| 10-3-95 | PTMHBail | | | | | | |
| 10-11-95 | PTH | | | | | | |
| 10-20-95 | Both | | | | | | |
| 10-31-95 | PCH | | | | | | |

| APPLICATION FOR COMPLAINT | ☒ ADULT ☐ JUVENILE | NUMBER | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| ☐ ARREST ☐ HEARING ☐ SUMMONS ☒ WARRANT | | | COURT DIVISION |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Holyoke District Court
20 Court Plaza
Holyoke, MA 01040

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 01/14/99 | 09/17/95 | (Ferguson Place) Elm Street: Holyoke |

| NAME OF COMPLAINANT | | NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|---|---|
| Detective Ronald Baron Maruca (HPD)/Tpr. Gibbons (MSP) | | 1 | Murder | 265-1 |
| ADDRESS AND ZIP CODE OF COMPLAINANT | | | | |
| Holyoke Police Dept. Detective Bureau Holyoke, Mass. | Mass. State Police D.A.'s office Springfield, MA | 2. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

WILLIAM "WILLITO" RODRIGUEZ, Jr.
250
XXX Elm Street, Fourth Floor Left
Holyoke, Massachusetts

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|
| | | AT | | |

**CASE PARTICULARS — BE SPECIFIC**

| NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|
| VASQUEZ, EDWIN | | | GUN |
| | | | |
| | | | |
| | | | |

OTHER REMARKS: Please see attached report:
Statements attached of witnesses naming William "Willito" RODRIGUEZ as having fired multiple gunshots at a victim: Edwin VASQUEZ on 09/17/95 outside of Ferguson Place apartments which are located on Elm Street in Holyoke. VASQUEZ died as a result of gunshot wounds that same date. DET. B. MARUCA / TPR R. GIBBONS

**DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.**

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 11/14/77 | Puerto Rico | 581/73/7162 | Male | Hisp | 6'00" | 200# | Brown | Black |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| Unemployed | Unemployed | Ilma Roman | William Rodriguez |

**↓ COURT USE ONLY ↓**

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| 1/15/99 | PROCESS TO ISSUE ☑ Sufficient evidence presented ☐ Defendant failed to appear | TYPE OF PROCESS ☑ Warrant ☐ Summons returnable ____ |
| | ☐ Continued to ____ | |

COMMENTS

CR2 (3/88)

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.  SUPERIOR COURT

99-521
September Sitting
March 18, 1999

It is ordered by the court that the Sheriff of said County of Hampden notify William Rodriguez, Jr., Alias now in custody in the Hampden County House of Correction, in said County, that an indictment has this day been returned into said Superior Court by the grand jurors of the Commonwealth of Massachusetts, in which said William Rodriguez, Jr., Alias is charged with the murder of Edwin Vasquez and the same will be forthwith entered upon the docket of said Superior Court in said County.

And it is further ordered that the Sheriff of said County deliver to Samuel Rosado, a copy of said indictment certified by the Assistant Clerk of said Superior Court, together with an attested copy of this order.

Attest:   Laura S. Gentile
          Assistant Clerk

A true copy.

Attest: _____
            Assistant Clerk

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO: 99 - 521

COMMONWEALTH

VS.

WILLIAM RODRIGUEZ, JR.
ALSO KNOWN AS WILLITO

---

### INDICTMENT
### MURDER
### GENERAL LAWS CHAPTER 265, SECTION 1

---

At the Superior Court, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Tuesday of March 1999. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**WILLIAM RODRIGUEZ, JR.**
**ALSO KNOWN AS WILLITO**

defendant herein, of HOLYOKE in the COUNTY of HAMPDEN, on or about September 17, 1995, at Holyoke in the COUNTY of HAMPDEN, did assault and beat Edwin Vasquez with intent to murder him, and by such assault and beating did kill and murder the said Edwin Vasquez.

**A TRUE BILL**

_____        _____
Foreman of the Grand Jury        Asst. District Attorney

### RETURN

HAMPDEN, ss  On this 18th day of March, 1999, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

A true copy.
Attest: ATTEST: _____ Assistant Clerk

_____
Assistant Clerk

October 7, 1999
41 Mosher St
Apt 4R
Holyoke, Ma 01040

I am Angelica Segarra, DOB 12-8-80; SSN 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 and I currently reside at 41 Mosher Street, Apt. 4R, Holyoke, Ma 01040; telephone # 413-534-3979. On 10-4-99 Mr. Desmond R. Callahan, a private investigator working with Mark G. Mastroanni, Esq on behalf of William "Willito" Rodriguez, come to my apartment to interview me. I had voluntarily scheduled an appointment with him for 10:00 AM on that date. Present in my apartment during this interview were: Mr. Callahan; David G. Fesko from Callahan Investigations; Manuel Rivera as of Callahan Investigations, my mother, Ana Sanchez, and my father Angel Segarra. I was asked by Mr. Callahan if I was willing to have this interview video-taped and I stated that I was not willing to be taped. I told Mr. Callahan that the only thing that I would do would be to sign a written statement. Therefore, Mr. Callahan interviewed me on 10-4-99 and returned today to have me review the statement and sign it. Again I am doing this as

2.

freely. I have not been promised any reward. I have not received any threats. Mr. Callahan showed me a copy of a statement that I gave to Officer Daniel Soto on 11-11-98 concerning William "Willito" Rodriguez in approximately September of 1995. Marisol ~~Rodriguez~~ Rivera /CS read the statement to me in Spanish. I recall giving that statement. The signature on the left bottom portion of Page 2 is mine. I do not recognize the initials on Pages #1 & #2. The majority of the information contained in this statement is false. The only part that is true is about a conversation I had with "Willito" about "Negro". "Negro" is Carmello Torres. I was dating him after I dated William "Willito" Rodriguez and "Willito" did stop me one time and ask me why I was going out with "Negro". The only part of that statement which is true is my talking with "Willito" at one time ↑ in 1988 /CS about "Negro", but the conversation was about my dating "Negro". The rest of the statement /CS is false. I did not meet William

3

Rodriguez until November 13-14, 1995. At that time, I was living at 252 Elm Street, Apt. 3R, Holyoke, MA 01040 with my mother and father as well as two sisters and a brother. I had never spoken with William "Willato" Rodriguez until that time. I met him around the time of his birthday when my brother, Juan, brought him around the building. He did not live with me in September 1995. Everything, except the conversation that I described before, is false. The information is not true and the events described did not take place. While I was being interviewed by Officer Daniel Soto, he told me that he had tapes of William "Willato" Rodriguez making threats against me. By tapes I mean cassette tapes of "Willito"'s voice. I did not hear the tapes, but Officer Soto told me to tell him about the incident in which a guy was shot and killed in 1995. He asked me if I was just going to wait until "Willato" killed me and as "Nero", my boyfriend Carmelo Torres

4

When I heard what officer Soto was telling me about the threats that "Willito" was making against me and "Nego", I was mad and I made up the story about "Willito" and the shooting. William "Willito" Rodriguez never confessed to me that he did the shooting. I had this statement read [not AS] to me which consists of 4 handwritten pages and the information is true. It was read to me &

_____    _____
WITNESS                     ANGELINA SEGARRO

NOT USED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT #3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) RODRIGUEZ V. COMMONWEALTH OF MASSACHUSETTS et al ..AND MARK G. MASTROIANNI ATTORNEY

   FILED IN CLERKS OFFICE

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   2004 APR 20 A 10:49

   U.S. DISTRICT COURT
   DISTRICT OF MASS.

   __ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   X  II.  195, 368, 400, 440, 441-444, 540, (550) 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   **04-40055**

   __ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   __ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)   YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?   YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☒   NO ☐
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).   YES ☐   NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?   YES ☒   NO ☐
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? Worcester County

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Hampden County

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION;  YES ☐  NO ☐    OR WESTERN SECTION;  YES ☒   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   MR. WILLIAM RODRIGUEZ   PRO-SE
ADDRESS   N.C.C.I. GARDNER, P.O. BOX 466, 500 COLONY RD., GARDNER
TELEPHONE NO.   MASS. 01440   NO PHONE.

(Categfrm.rev - 3/97)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04-40055-NMG

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** MR. WILLIAM RODRIGUEZ
N.C.C.I. GARDNER, P.O. BOX 466, 500 COLONY
RD. GARDNER MASS. 01440

**DEFENDANTS** COMMONWEALTH OF MASSACHUSETTS et al..
HAMPDEN D.A.: MASS. STATE POLICE:
HOLYOKE POLICE DEPT. AND MARK
MASTROIANNI, ATTORNEY.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** WORCESTER
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** HAMPDEN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED IN CLERKS OFFICE
APR 20 10:49
DISTRICT COURT MASS.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
PRO-SE MR. WILLIAM RODRIGUEZ
N.C.C.I. GARDNER P.O. BOX 466
500 COLONY RD. GARDNER MASS. 01440

**ATTORNEYS (IF KNOWN)**
UNKNOWN AT THIS TIME.

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
|  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence Habeas Corpus: |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 290 All Other Real Property |  / ☒ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) 42 U.S.C. 1983

CIVIL RIGHTS VIOLATION OF FALSE ARREST, DEPRIVED THE PLAINTIFF OF HIS PROPERTY, LIBERTY, FOR A ONE YEAR AND A HALF, UNLAWFUL RESTRAINT

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 4/14/04
SIGNATURE OF ATTORNEY OF RECORD: X William Rodriguez

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____