UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rodriguez,
      Plaintiff

      v.

Commonwealth of Massachusetts,
      Defendant

CIVIL ACTION
NO. 04-40055-FDS

## ORDER OF DISMISSAL

**SAYLOR, D.J.**

Plaintiff not having not show good cause why this case should not be dismissed as ordered to in this Court's Memorandum and Order dated 5/17/04, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

  8/25/04
    Date

/s/ Martin Castles
Deputy Clerk
508-929-9904

(Dismendo.ord - 09/92)